HOGAN & HARTSON L.L.P
Richard de Bodo (Bar No. 128199)
Rachel M. Capoccia (Bar No. 187160)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600 Facsimile: (310) 785-4601
E-mail:  rdebodo@hhlaw.com, rmcapoccia@hhlaw.com

JS 6

DORSEY & WHITNEY LLP
Devan V. Padmanabhan (*pro hac vice*)
Paul J. Robbennolt (*pro hac vice*)
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498
(612) 340-2600  Facsimile (612) 340-2868
E-mail:  padmanabhan.devan@dorsey.com, robbennolt.paul@dorsey.com

Attorneys for Defendants
DOW JONES & COMPANY, INC. AND FACTIVA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NETCURRENTS INFORMATION SERVICES, INC. (f.k.a. NETCURRENTS, INC.),<br><br>Plaintiffs,<br><br>v.<br><br>DOW JONES & COMPANY, INC. and FACTIVA, INC.,<br><br>Defendants. | Case No. CV07-04027 JFW (RCx)<br><br>Hon. John F. Walter<br><br>**JUDGMENT** |
|---|---|

Defendants Dow Jones & Company, Inc. and Factiva, Inc. filed a motion for summary judgment.  The evidence and issues presented having been fully considered, and a decision having been duly rendered,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff shall take nothing, that the action be dismissed on the merits with prejudice, and that defendants Dow Jones & Company, Inc. and Factiva, Inc. recover their costs.

Dated: September 22, 2008

_____
HON. JOHN F. WALTER
U.S. DISTRICT COURT JUDGE